**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY** Eastern District of Kentucky
**SOUTHERN DIVISION** FILED
**LONDON**

MAR 1 9 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**INDICTMENT NO.** _26CR45. REW. HAI_

**V.**

**ROBERTO CARLOS CASTILLO-LEAL**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 911

On or about February 26, 2026, in Laurel County, in the Eastern District of Kentucky,

**ROBERTO CARLOS CASTILLO-LEAL,**

an alien in the United States, falsely and willfully represented himself to be a citizen of the United States, in violation of 18 U.S.C. § 911.

### COUNT 2
### 18 U.S.C. § 1028(A)

On or about February 26, 2026, in Laurel County, in the Eastern District of Kentucky,

**ROBERTO CARLOS CASTILLO-LEAL**

did knowingly possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. §

1028A(c), specifically false representation of United States citizenship in violation of 18

U.S.C. § 911, knowing that the means of identification belonged to another actual person,

in violation of 18 U.S.C. § 1028(A).

**A TRUE BILL**

**FOREPERSON**

PAUL C. McCAFFREY
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**    Not more than 3 years imprisonment, not more than a $250,000 fine, and not more than 1 year of supervised release.

**COUNT 2:**    2-year term of imprisonment consecutive to any term of imprisonment imposed on another offense, not more than a $250,000 fine, and not more than 1 year of supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.